IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------  :
KATHLEEN M. GLIEBE                           : CASE NO. 1:10 CV 2566
                                               Plaintiff    :
                                                    :
             -vs-                       : <u>ORDER ADOPTING THE REPORT</u>
                                                  : <u>AND RECOMMENDATION AFFIRMING</u>
                                                    : <u>COMMISSIONER'S DECISION</u>
MICHAEL J. ASTRUE,                           :
COMMISSIONER OF SOCIAL                       :
SECURITY                                     :
                                     Defendant
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Plaintiff Kathleen M. Gliebe challenged the Commissioner of Social Security's final decision denying her application for Disability and Social Security Disability Insurance Benefits (DIB). This case was automatically referred to United States Magistrate Judge Armstrong for a Report and Recommendation ("R&R"), pursuant to Local Civil Rule 72.2(b). In her R&R, Magistrate Judge Armstrong found the Commissioner's determination supported by substantial evidence in the record and consistent with applicable, legal standards. Accordingly, she recommends the Commissioner's decision be affirmed.

     No party has objected to the Magistrate Judge's R&R. Therefore, it must be assumed the parties are satisfied with the Report's conclusion. Any further review by

this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation upholding the Commissioner's administrative denial of disability and disability insurance benefits to Plaintiff.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE